# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV38 |
| V. | ) ) | |
| **PROGRESS RAIL SERVICES CORPORATION,** | ) ) ) | ORDER |
| Defendant. | ) ) | |

Rajendra Kanuru has moved to withdraw as counsel of record for Defendant Progress Rail Services Corporation ("Progress Rail").  (Filing 275.)  Upon the representation that Progress Rail will remain represented in this action, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw by Rajendra Kanuru (filing 275) is granted.

2. The Clerk of Court shall terminate Rajendra Kanuru's appearance as counsel for Progress Rail and shall terminate future notices to Rajendra Kanuru in this action.

**DATED May 30, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**