IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>PROGRESS RAIL SERVICES CORPORATION,<br><br>            Defendant. | **8:10CV38**<br><br>**ORDER** |

This matter is before the Court on the request for consolidation and expedited briefing made by Plaintiff Union Pacific Railroad Company ("Plaintiff") in its Motion in Limine (Filing No. 276). Plaintiff filed Motions in Limine on May 29, 2013 (Filing No. 272), and May 30, 2013 (Filing No. 276). Union Pacific requests that the two Motions be consolidated and that the Court enter an expedited briefing schedule for responding to the Motions. The Court will grant this request, in part.

IT IS ORDERED:

1. The Plaintiff's Motions in Limine (Filing Nos. 272 and 276) are hereby consolidated;

2. The Defendant's response to the Plaintiff's Motions in Limine (Filing Nos. 272 and 276) must be filed on or before 12:00 noon on Wednesday, June 5, 2013; and

3. Plaintiff's reply, if any, will be due on or before 5:00 p.m. on Thursday, June 6, 2013.

Dated this 31st day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge