IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNION PACIFIC RAILROAD COMPANY,

                    Plaintiff,

          vs.

PROGRESS RAIL SERVICES
CORPORATION,

                    Defendant.

**8:10CV38**

**ORDER**

This matter is before the Court on the request for expedited briefing made with regard to the Motion in Limine (Filing No. 289) filed by Defendant Progress Rail Services Corporation.  Due to the late stage of the proceedings, the Court will not order expedited briefing at this time.  Accordingly,

IT IS ORDERED:

1.    The Court will address the Motion in Limine (Filing No. 289) filed by Defendant Progress Rail Services Corporation at the pre-trial meeting held in chambers on June 11, 2013, at 8:30 a.m. (*see* Filing No. 264 at 4);

2.    The Plaintiff's response, if any, to the Defendant's Motion is due at or before the time of the pre-trial meeting.

Dated this 6th day of June, 2013.

                              BY THE COURT:

                              s/Laurie Smith Camp
                              Chief United States District Judge